# UNITED STATES DISTRICT COURT
Eastern District of California

UNITED STATES OF AMERICA

V.

Daniel J. Seiverson

JUDGMENT

Case Number: 6:05-mj-00051-WMW

Carol Moses
Defendant's Attorney

*THE DEFENDANT:*

[X]   Pleaded guilty to counts One                                    .

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.2/CVC 14601.2 (a) | Suspended Drivers License | One | 04/19/2005 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
xxx-xx-xxxx

*Defendant's mailing address:*

Wawona, CA 95389

*Defendant's residence address:*

Wawona, CA 95389

August 2, 2005
*Date of Imposition of Sentence*

/s/ William M. Wunderlich
*Signature of Judicial Officer*

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Date:* August 9, 2005

AO 245S Modified (3/90) Sheet 4 - Probation

*Defendant:* Daniel J. Seiverson
*Case Number:* 05-0051

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

6 months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances.  The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

1.  Serve 5 days custody pursuant to 18 USC 3563(b)(10).  Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, report to the U.S. Marshal's Office, Fresno, CA by 2:00 p.m. on September 7, 2005.  The Court recommends that the defendant complete said custody at the Mariposa County Jail, if space and security permit.

2.  The Defendant shall pay a $10.00 special assessment to the Clerk, USDC, 501 "I" St., #4200, Sacramento, CA 95814.